UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA L. POLAND,

        Plaintiff,                            Case No.  1:15-CV-399

v.

                                                  HON. RAY KENT

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:  September 7, 2016           /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge